RECEIVED
IN LAKE CHARLES, LA.

DEC -5 2014

TONY R. MOORE, CLERK
BY_____
        DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| JOHN HARVEY JOHNSON, | * CIVIL ACTION NO. 2:13-cv-2447 |
| Plaintiff, | * |
| v. | * JUDGE MINALDI |
| G.R. PALISPIS, ET AL., | * |
| Defendant. | * MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 22] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that petitioner's complaint [Doc. 1] as amended by a subsequent amendment [Doc. 7] be and hereby is **DISMISSED, WITH PREJUDICE,** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this 4 day of December, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE